

VIA EMAIL: Jorge.hernandez@aerostarairports.com

Mr. Jorge Hernández
President & CEO
Aerostar Airport Holdings, LLC
PO Box 38085
San Juan, Puerto Rico 00937-1085

Ms. Mariely Loperena Moure
Federal Security Director for Puerto Rico and USVI
Transportation Security Administration
San Juan, Puerto Rico

**Re: Requirements for issuance of Airport ID**

Dear Mr. Hernández and Ms. Loperena Moure:

Management Group Investors, LLC's ("MGI"), and its subsidiaries operating at the Luis Muñoz Marín International Airport, require that all prospective and current employees comply with Aerostar's security screening and credentialing procedures. All our employees obtain the required the Airport ID and participate in Aerostar's required security trainings. Actual and prospective employees often inquire as to the specific requirements for the issuance of the Airport ID by Aerostar. As part of our hiring efforts, we request that all prospective employees present a valid form of Id of the alternatives allowed under Form I-9. A concern arises when the prospective employee presents a valid Permanent Resident Card (also known as a "Green Card"), that is about to expire, for the issuance of the Airport ID to non-U.S. citizens. In this scenario, in compliance with Aerostar guidelines and rules for the issuance of Airport ID's, where actual or prospective employees who are non-US citizens, choose to present their Green Card as a form of identification, we have requested that the same be valid and current (not expired).

We hereby request that Aerostar and the TSA clarify if in those instances where a non-US citizens employees or applicants for employment opts to use a Green Card as a form of identification, for the issuance or a re-issuance of an Airport Id, whether the Green Card must indeed be valid and current.

In order to avoid any further confusion or controversies regarding this matter, we would appreciate your prompt response and clarification of these inquiries.

Cordially,

José W. Vázquez Matos
General Counsel

Tel. (787) 791.8500 Fax. (787) 999.4647 • www.mgicaribe.com
PO Box 37779, San Juan, PR 00937-0779, Ave. José A. (Tony) Santana, Airport Services Bldg., Carr. 575 Sector Central, Carolina, PR 00983