IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Carolina Catering Corp., <br><br> Plaintiff <br><br> v. <br><br> United States Department of Homeland Security, Aerostar Airport Holdings, LLC, and Roberto Jiménez-Soto; <br><br> Defendants. | **Civil No. 24-1095(GMM)** |

## JUDGMENT

On September 4, 2024, Plaintiff, Carolina Catering Corp., filed *Notice of Voluntary Dismissal* pursuant to Federal Civil Rule 41 (a). (Docket No. 29). In accordance with the Order entered today at Docket No. 30, Judgment is entered DISMISSING claims against Defendant Roberto Jiménez-Soto WITHOUT PREJUDICE.

In addition, on July 2, 2024, the Court issued an Opinion and Order DISMISSING WITHOUT PREJUDICE claims against Defendant Aerostar Airport Holdings, LLC. (Docket No. 19). On July 30, 2024, an Order was entered DISMISSING WITHOUT PREJUDICE claims against Defendant United States Department of Homeland Security. (Docket No. 21).

Accordingly, there are no outstanding claims, and this case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, September 4, 2024.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE